UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMBERLY A. STONEDALE** | **CIVIL ACTION** |
| **VERSUS** | **NO:  06-1269** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "C" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Kimberly Stonedale's application for Supplemental Security Income Benefits is **REVERSED AND REMANDED**.  Upon remand, the ALJ shall consider the impact that carpal tunnel syndrome has on her ability to engage in sedentary work.  Additionally, the ALJ is to fully consider the RFC of Dr. Gaines and its impact on her ability to work.  To the extent that consideration of the these restrictions require the use of vocational expert testimony, the ALJ is required to do so.

New Orleans, Louisiana, this 21st day of September, 2007.

UNITED STATES DISTRICT JUDGE